JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH LEE CAVENDER and JUDITH IRENE CAVENDER, individually and as trustees of the CAVENDER FAMILY LIVING TRUST DATED 10-17-07; and DOES 1-10, inclusive,<br><br>Defendants.. | Case No. CV 20-6629-GW-ASx<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Kenneth Lee Cavender Judith Irene Cavender, individually and as trustees of the CAVENDER FAMILY LIVING TRUST DATED 10-17-07 ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint, and all claims stated therein, in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

    IT IS SO ORDERED.

DATED:  October 27, 2020

*[signature]*

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE